UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIER'ANGELA SPACCIA,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN ALLISON, Secretary, California Department of Corrections and Rehabilitation,<br><br>　　　　　　　　　Respondent. | Case No. 2:20-CV-9310-JVS (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

　　　　Accordingly, IT IS ORDERED THAT:

1
2  1.  The Report and Recommendation is approved and accepted;
3  2.  Judgment be entered denying the Petition and dismissing this action with
4      prejudice; and
5  3.  The Clerk serve copies of this Order on the parties.

DATED: November 17, 2021

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2