UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIER'ANGELA SPACCIA,<br><br>                       Petitioner,<br><br>           v.<br><br>KATHLEEN ALLISON, Secretary, California Department of Corrections and Rehabilitation,<br><br>                       Respondent. | Case No. 2:20-CV9310-JVS (LAL)<br><br>**JUDGMENT** |

      Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 17, 2021

                                        HONORABLE JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE